THE CITY OF NEW YORK, Appellant, *v.* NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Respondent.

(Argued October 8, 1936; decided October 23, 1936.)

584

*Paul Windels, Corporation Counsel (Frederick v. P. Bryan, Paxton Blair* and *Elizabeth Rogers Horan* of counsel), for appellant.

*Edward Ward McMahon, Ralph P. Buell* and *John F. Kiernan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.